# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jason Donis,<br><br>　　　Plaintiff,<br><br>v.<br><br>Encore Receivable Management, Inc.<br><br>　　　Defendant. | Case No. 1:10-CV-2053<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Legal Helpers, P.C.

　　　　　　　　　　　　　　　　　By: /s/ Timothy J. Sostrin
　　　　　　　　　　　　　　　　　　　Timothy J. Sostrin
　　　　　　　　　　　　　　　　　　　233 S. Wacker Drive, Suite 5150
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Telephone: 866.339.1156
　　　　　　　　　　　　　　　　　　　Fax: 312-822-1064
　　　　　　　　　　　　　　　　　　　Email: tjs@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2010, I electronically filed the foregoing Notice and served Defendant with a copy of the same by email delivery to the following:

Brandee L. Bruening
CROWE & DUNLEVY, P.C.
Brandee.bruening@crowedunlevy.com

/s/ Timothy J. Sostrin